UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
Case No. 25-61564-CIV-DIMITROULEAS/HUNT

ALICIA FRANK
ex rel MURIEL FRANK,

        Petitioner,

v.

BARBARA GINGRANDE
and VITAS HEALTHCARE CORPORATION,

        Respondents
_____/

## **REPORT AND RECOMMENDATION**

This matter is before this Court on Petitioner's Emergency Petition for Writ of Habeas Corpus Or Injunction. ECF No. 1. The Honorable William P. Dimitrouleas, United States District Judge, referred the motions to the undersigned for appropriate disposition. *See* 28 U.S.C. § 636(b); S.D. Fla. L.R., Mag. R. 1.

Immediately following the District Court's referral, the undersigned contacted the Parties to determine their availability for a hearing. The undersigned was informed that the patient at the heart of the petition had died prior to the referral, rendering the petition moot. After allowing the Parties time to consider how to move forward, the Parties agreed that the case should be closed.

Based on the foregoing, the undersigned **RECOMMENDS** that the Petition, ECF No. 1, be DENIED AS MOOT and the case DISMISSED.

Within seven (7) days after being served with a copy of this Report and Recommendation, any party may serve and file written objections to any of the above findings and recommendations as provided by the Local Rules for this district. 28 U.S.C.

§ 636(b)(1); S.D. Fla. Mag. R. 4(b).  The parties are hereby notified that a failure to timely object waives the right to challenge on appeal the District Court's order based on unobjected-to factual and legal conclusions contained in this Report and Recommendation.  11th Cir. R. 3–1 (2018); *see Thomas v. Arn*, 474 U.S. 140 (1985).

DONE AND SUBMITTED at Fort Lauderdale, Florida this 14th day of November 2025.

_____
PATRICK M. HUNT
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Honorable William P. Dimitrouleas
All Counsel of Record