UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:25-cv-61564-WPD

ALICIA FRANK
ex rel MURIEL FRANK,

     Petitioner,

v.

BARBARA GINGRANDE and
VITAS HEALTHCARE CORPORATION,

     Respondents.
_____/

### ORDER ADOPTING AND APPROVING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE; ORDER OF DISMISSAL

THIS CAUSE is before the Court upon the Report and Recommendation of Magistrate Judge Hunt (the "Report") [DE 5], issued on November 14, 2025.  The Court notes that no objections to the Report [DE 5] have been filed, and the time for filing such objections has passed. As no timely objections were filed, the Magistrate Judge's factual findings in the Report [DE 5] are hereby adopted and deemed incorporated into this opinion. *LoConte v. Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988); *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

   Although no timely objections were filed, the Court has conducted a *de novo* review of the Report [DE 5] and record and is otherwise fully advised in the premises. The Court agrees with the Magistrate Judge's analysis and conclusions.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Report [DE 5] is hereby **ADOPTED** and **APPROVED**;

2. The Petition is **DENIED AS MOOT** and the case is **DISMISSED**;

3. The Clerk shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 24th day of November, 2025.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Magistrate Judge Hunt

Counsel of record